FILED
1:53 pm Sep 08 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT JAMES SWINT,** | ) | **CASE NO. 1:21 CV 1017** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| **ZANDERS PAPEIRE, et al.,** | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

*Pro se* Plaintiff Robert James Swint filed this action against Zanders Papeire, Masonite, Alpha Piper Disaster Company, Operation Praying Mantis, Power Shift21, and the World Health Organization. Although he claims he is asserting discrimination claims under Title VII, 42 U.S.C. § 2000e, the Complaint is composed entirely of unintelligible sexual statements. It contains no allegations pertaining to discrimination in an employment or other setting. He does not specify the relief he seeks.

Plaintiff submitted an Application to Proceed *In Forma Pauperis* with his Complaint. The Application, however, contains no information. Plaintiff merely placed zero's or the notation "N/A" in every blank, suggesting he has no income, and no expenses. He does not indicate that he is receiving support from any individual or entity and provides no explanation of his finances.

Generally, the Court would deny such an Application as completely inadequate and

require the Plaintiff to pay the entire filing fee. Plaintiff, however, listed his address as 2600 Center Street N.E., Salem Oregon, which is the address of the Oregon State Hospital. The envelope in which the Complaint was mailed has an Oregon postmark and indicates Plaintiff is in the psychiatric unit. Moreover, the content of the pleading is delusional. The Complaint contains no facts, no plausible legal claims and no prayer for relief. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). As such, the Court will grant the Application to Proceed *In Forma Pauperis* and dismiss this action.

Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis* is granted and this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.[1]

**IT IS SO ORDERED**.

    DAN AARON POLSTER
    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) provides:

> An appeal may not be taken *in forma pauperis* if the trial court certifies that it is not taken in good faith.